UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                  CASE NO. 09-40958-TLH4
                                                        CHAPTER 13
VICKIE EVETT MAYS
CLARENCE MAYS

_____ Debtor(s) _____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FRIEDMAN'S #5302 which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 401549 in the amount of 64.80 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                /s/Leigh D. Hart or
                /s/William J. Miller, Jr.
                  OFFICE OF THE CHAPTER 13 TRUSTEE
                  POST OFFICE BOX 646
                  TALLAHASSEE, FL 32302
                  ldhecf@earthlink.net
                  (850) 681-2734 "Telephone"
                  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| VICKIE EVETT MAYS<br>CLARENCE MAYS<br>632 SOUTH SALT ROAD<br>MONTICELLO, FL 32344 | FRIEDMAN'S #5302<br>2551 E. PINETREE BLVD #1<br>THOMASVILLE, GA 31792-4830 |

AND

ANGELA M. BALL, ESQ.
P. O. BOX 734
PERRY, FL 32348

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                /s/Leigh D. Hart or
                /s/William J. Miller, Jr.
10/28/2010  2:49 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE