```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         TALLAHASSEE DIVISION
```

IN RE:                                    CASE NO. 09-40958-TLH4
                                          CHAPTER 13
VICKIE EVETT MAYS
CLARENCE MAYS

            _____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: FRIEDMAN'S #5302 which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 408627 in the amount of 53.02 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| VICKIE EVETT MAYS<br>CLARENCE MAYS<br>632 SOUTH SALT ROAD<br>MONTICELLO, FL 32344 | FRIEDMAN'S #5302<br>2551 E. PINETREE BLVD #1<br>THOMASVILLE, GA 31792-4830 |

AND

ANGELA M. BALL, ESQ.
P. O. BOX 734
PERRY, FL 32348

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

2/25/2011  1:51 pm / CR_213